UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1300-SEB-VSS |
| ) | |
| OFFICER J. BAKER, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/05/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Webb
DOC #920832
Indiana State Prison
P.O. Box 41
Michigan City, IN 46361

Thomas Quigley
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770